Asking Judge 17-17032

NEW JERSEY BANKRUPTCY COURT

DAMAGE FROM BAD FAITH INVOLUNTARY BANKRUPTCY    171 040

BASED ON FRAUD AND LACK OF DUE PROCESS

DR CHERYL ACKERMAN MD LICENSED MD NJ PREVIOUS HOMEOWNER

GLEN RIDGE NJ 368 RIDGEWOOD AVE GLEN RIDGE FOR 21 YEARS

THE ATTORNEY ARCHER GRIENER WERE MY ATONREY FOR NJ BOARD ADA MATER

THEN THEY ILEGALLY QUIT BREACH OF CONTRACT BREACH OF FIDICUARY DUTY

AND FRAUD LIENSS RESULTING IN THE ATTORNEY PUT FRAUD LIENSE

ON DOCTOR HOME THAT WERE PREVIOUSLY PAID THEY REFUSED TO

PARTICIPATE 2014 WITH ARBITRATION NJ SA 202.12 FOR LEGAL BILLING DISPUTES

THE ATORNEY WERE PAID 2013 2014 MORE THAN $55.000 DOLLARS

PETER TILLE ESQ WAS PAID $35 OOO THOUSAND BANK CHECK

WHO DID NOT PROVIDE ANY LEGAL WORK THE DENTIST WAS PAID $7000.00

FOR TOOTH EXTRACTION THAT RESULTED IN LEGAL MALPRACTICE

THEN DOCTOR SUFFERED A CARDIAC INFARTION IN BANKRUPTCY COURT

REQUIRED EMERGENCY CARDIA SURGERY FOR CRITCAL AORTIC STEONSIS

THEN WAS BEATEN BY MARVIN FLASHNER 10 31 2017 RESUTLING

IN BLUNT CHEST T RAUMA FIGHTING FOR MY LIFE

THE JUDGE ROSEMARY GUAMBODELLA ORDERED DAVID WOLFE

TO MOV ETHE MEDICAL CHARTS IN A NJ HOME IN FORECLOSURE

MEDICAL DOCTOR HOME NJ FOR 21 YEAR

WOLFE   BREACHE NJ STATUTE  351.00  FEDERAL STATUTE

AND HE AND  ALMA BILLING  OF WEICHERT ILEGLALY  SHREDED PATIENT CHARTS

THAT IS CRIMIJNAL

DAVID WOLFE  BREACHED HIS  FIDICUARY DUTY  BY ALSO   SELLING  A  NJ HOME

BELOW THE MARKET VALUE OF    NJ HOME $1.500.000  AT  JUNE  2018

HE ILEGALLY SOLD THE  NJ HOME BASED ON FRAUD  BREACH OF FIDCUARY DUTY

AT  $1. 000. 225.OO   WHCH IS FRAUDULENT    REAL ESTATE SALE

DAVID WOLFE NJ ATTONREY BREACHED HIS FIDICARY  DUTY

BY  ILEGALLY SELLNG THE NJ HOME IN BANKRUPCY  FORECLOSURE  BELOW   MARKET

VALOE OF $1.5000.00  DOLLARS   TO $1.000. 225.00 MILION  " PRIVATELY "

DID NOT GET ANY  MONEY FROM THE FRAUD SALE


THIS BANKRUPTY COURT  TO REOPEN THE INVOLUTNARY BANKRUPTCY IN   BAD FAITH

FOR FRAUD REAL ESTATE  SALE. WHICH  CAN BE  VOIDED BASED ON THE FRAUD OF ARCHER

BREACH OF D D FIDICARY  DUTY OF WOLFE   BREACH OF  RULE 351.000

THE POLICE  REPORT OF  ILEGAL  SHREDDING OF PATIENT CHARTS  IS  INCLUDED

DOCTOR IS HRING  A ATTORNEY FOR THIS FRAUD REAL ESTATE SALE

FOR  DAMAGE

5TH AMENDMENT TAKING CLAUSE  TYLER VS HENNAPIN

2025   REALTOR   VS ROBERTO J  FEDERAL STATUTES

ALL  NJ SUPRME COURT JUDGES   UNANIMOUSLY  AGRED WITH TYLER

TO  PROVIDE THE NJ HOME  OWNER  IN FORECLOSURE  THE   EQUTIY IN THE  HOME

AT THE TIME OF SALE.

CITIZEN BANK IS  NOW  RESEARCHING THE EXACT  NJ  HOME  EQUTT OF NJ HOME

OF DR CHERYL ACKERMAN MD  LICENSED MD  MOTHER  WITH  CHILDREN AND GRANDSON

IT IS APPROXIMATLEY $998.000 TO  $1 132.000  MIILLION DOLLARS

THE  MORTGAGE STATEMENTOF NJ HOME $2009  PROVIDE $610.000 THOUSAND

DOLLARS   IN 2009     DR CHERYL ACKERMAN PAID THE MORTGAGE  INTEREST

AND REAL ESTATE TAXES FOR 21 YEAR

BASE ON NJ CASE LAW THE NJ HOMEOWNER DR CHERYL ACKERMAN WITH   FAMILY

IS LEGALLY ENTITLED TO NJ HOME QUITY    AT THE TIME OF SALE

THE  DEFENDENTS WHO ARE   LEGALLY RESPONSIBLE  FOR THIS CRIME

ARCHER GRINER LAW FIRM BREACH  OF CONTRACT   BREACH OF FIDICAYR DUTY

FRAUD  LIENS ON DOCTOR HOME   WHEN DOCTOR SUFFERED  A CARDIAC DISABILTY

2ND  DEFENDANT IS DAVID WOLFE  WHO ALSO BREACHED HIS FIDICAURY  DUTY

BY   THE  ILEGAL SELLING NJ HOME BELOW MARKET VALUE AND  CRIMINAL SHREDDING

PATIENT CHARTS     BREACH OF COURT ORDER  BREACH OF  FEDERAL RULES

HIPPA BREACH

THE DAMAGES  THAT DOCTOR C ACKERMAN MD LICENSD MD IS SEEKNG

5 TH AMENDMENT  TAKING CLAUSE FOR  PROVIDING THE NJ EQUITY

IN DOCTOR HOME OF 21 YEAR    FEDERAL LAW  APPROX $1.132. 000.00

TO BE PAID BY ARCHER LAW FIRM  FOR THE  BREACH OF THE NJ STATUTES

BREACH OF CONTRACT BREACH OF FIDUARY DUTY TO CLIENT DR CHERYL ACKERMAN

WHO PUT HOMELESS  WITH  ON FRAUD LIENS  AND NO DUE PROCESS

THE ATTORNEY  DAVID WOLFE  ALSO WITH  LEGAL MALRPACTICE

WITH  ILEGAL SHREDDING OF PATIENT CHARTS    HIPPA BREACH FEDERAL RULE 351.

ILEGAL SELLING   DOCTOR HOME BELOW MARKET  VALUE OF $1 500.000   DOLLARS

AT  THE TIME OF SALE.  BREACH OF FIIDUARY DUTY   NEED TO GET THE HUD STATEMENT


THE  LEGAL  DAMAGE  TO REOPEN THE INVOLUNTARY BANKRUPTCY 171040

   1   PROVIDING DRCHERYL ACKERMAN MD THE MONEY FROM THE NJHOME SALE
      BAESD ON FEDERAL LAW. 2025   REATLOR VS PATERSON

  2  EACH PATIENT IS LEGALLY ENTITLED TO   $50.000 THOUSAND DOLARS

    FROM THE IELGAL  SHREDDING OF PATIENT CHARTS. HIPA BREACH

  2   DAMAGES FROM THE  BAD FAITH INVOLUTARY BANKRUPTY  PROVEN  BAD FAITH
     BASED ON FRAUD   USC 111 RULE  303.
     FOR THE DESTROYING DOCTOR DERMATOLOGY PRACTICE OF  21 YEAR
     WHO IS NOW    HOMELESS BANKRUPTY  HOMELESS AND MY PATIENTS
     ARE ANGRY FROM THE SHREDDING OF THEIR MEDICAL CHARTS


    AT THE TIME IS CALLING MANY ATTONREY TO REPRESENT  DOCTOR CHERYL
    ACKERMAN MD LIENSED MD  FOR THE DAMAGES

    WILL ASK THE JUDGE MARK  HALL TO RESCHEDULE HEARING FOR ONE WEEK

    JUNE  23  2026
    RESPECTFULLY
    DR CHERYL ACKERMAN  MD LICENSED MD
    VICTIM OF ASSAULT BATTERY



# Glen Ridge Police Department

3 Herman Street, Glen Ridge, NJ 07028
Phone: 973-748-5400  Fax: 973-748-2596  Mun. Code: 0708



## Operations Report

### Incident Details

| Case Number | Time Reported | Date Reported | Time Occurred | Date Occurred | Occurrence Between Date / Time of | Time Occurred | Date Occurred | 911 | Completed |
|---|---|---|---|---|---|---|---|---|---|
| 8-18687 | 20:06 | 06/11/18 | 20:06 | 06/11/18 | | | | | X |

### Incident Type

Civil Complaint

### Incident Location

| Street # | Street Name | Intersection / Cross Street of: |
|---|---|---|
| 368 | Ridgewood Avenue | |

Business / Common Location Name

### Contact Information - Victim, Suspect, Complainant, Witness, Driver, Arrest, Passenger, Missing, Business, Other

| Code | Contact Name #1 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| C | Ackerman, Cheryl | | | | F | 1B | | |

Address: 368 Ridgewood Ave, Glen Ridge, NJ 07028-1513    Home Phone — Cell Phone

| Code | Contact Name #2 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Address    Home Phone    Cell Phone

| Code | Contact Name #3 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Address    Home Phone    Cell Phone

| Code | Contact Name #4 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Address    Home Phone    Cell Phone

### Property Information

| Value of Stolen Property | Currency | Jewelry | Furs | Clothing | Auto | Misc. | Total |
|---|---|---|---|---|---|---|---|
| Value of Stolen Property Recovered | | | | | | | |

### Automobile Information

| Vehicle Code | Year | Make | Body Type | Color | Registration | State | VIN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### Narrative

On June, 11 2018 I, Officer Perigo, responded to headquarters to speak with Ms. Cheryl Ackerman regarding her recent eviction from her residence located at 368 Ridgewood Avenue. Ms. Ackerman reported that she recently went to Bankruptcy Court and Judge Rosemary Gambardella made a ruling that she vacate her house on June 4, 2018. Ms. Ackerman then went on to advise me that on June 8, 2018 she drove past her house and observed various people there including a "Shred-It" truck. Ms. Ackerman reported that the workers were shredding her patient's medical files. She explained that nobody should be at her residence other than the realtors showing the house. She further stated that it is illegal for anyone to be touching and or looking at her patient's medical records which are all stored at her house.

| Officer of Record | Date | Other Reports Filed | | | | | | | | | Reviewed By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ptl. Matthew Perigo 110 | 06/11/18 | MVA  Arrest  DV  DWI  DWIQ  Tow  SD  CI  TRO | | | | | | | | | 104 |
| | | SHA  Prop.  Evdn  UOF  Prst  Supp  Juv  Bias  Pris | | | | | | | | | |




# Glen Ridge Police Department
### 3 Herman Street, Glen Ridge, NJ 07028
### Phone: 973-748-5400  Fax: 973-748-2596  Mun. Code: 0708
## Operations Report

Approval: _____

| Narrative Continued  (Page 2) | Case Number |
|---|---|
| | **18-18687** |

I inquired why people would not be allowed at her old house if a judge all ready made a ruling for her to vacate the residence.  She advised me that Judge Gambardella did make the ruling, however stated that the judge is wrong and she is going back to court to overturn the ruling.  Ms. Ackerman advised me that she wanted this documented as it as illegal for anyone to be touching her medical files and she believes the house still belongs to her.

BWC 110

| Officer of Record | Date | |
|---|---|---|
| tl. Matthew Perigo | 06/11/18 | Sgt. M. Medina |

ANNUAL BORROWER STATEMENT
FOR TAX YEAR ENDING 12/26                                                    22-12190326157

FORM 1098 - MORTGAGE INTEREST STATEMENT
OMB# 1545-0901

INVESTORS BANK
101 WOOD AVENUE SOUTH
ISELIN, NJ 07078
1-855-422-6548

PAYER/BORROWER TAX ID     RECIPIENT TAX ID
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                22-1368780

CHERYL ACKERMAN
368 RIDGEWOOD AVE
GLEN RIDGE, NJ  07028

ACCOUNT NUMBER     OLD ACCOUNT NO.
19-032615-7

NOTE DATE     BRANCH     PSV/INV
8/11/09       083          /

| DATE | CODE | AMOUNT | TRANSACTION DESCRIPTION | LATE CHARGE | INTEREST AMOUNT | ESCROW AMOUNT | PRINCIPAL AMOUNT | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | BEG BALANCES | | | 8,398.77 | | 584,662.05 |
| 01/07 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,131.58 | 2,843.59 | 963.89- | 583,698.16 |
| 01/28 | 252 | 8,390.25- | GLEN RIDGE TW | .00 | .00 | 8,390.25- | .00 | 583,698.16 |
| 02/08 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,128.07 | 2,843.59 | 967.40- | 582,730.76 |
| 03/12 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,124.54 | 2,843.59 | 970.93- | 581,759.83 |
| 03/30 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,121.00 | 2,843.59 | 974.47- | 580,785.36 |
| 04/24 | 252 | 8,390.25- | GLEN RIDGE TW | .00 | .00 | 8,390.25- | .00 | 580,785.36 |
| 05/09 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,117.45 | 2,843.59 | 978.02- | 579,807.34 |
| 06/11 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,113.88 | 2,843.59 | 981.59- | 578,825.75 |
| 07/09 | 211 | 5,937.06 | REGULAR PMT | .00 | 2,110.30 | 2,843.59 | 983.17- | 577,842.58 |
| 07/15 | 252 | 8,482.55- | GLEN RIDGE TW | .00 | .00 | 8,482.55- | .00 | 577,842.58 |
| 08/06 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,106.72 | 2,843.59 | 988.75- | 576,853.83 |
| 09/06 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,103.11 | 2,843.59 | 992.36- | 575,861.47 |
| 09/28 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,099.49 | 2,843.59 | 995.98- | 574,865.49 |
| 10/21 | 252 | 8,765.51- | GLEN RIDGE TW | .00 | .00 | 8,765.51- | .00 | 574,865.49 |
| 11/05 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,095.86 | 2,843.59 | 999.61- | 573,865.88 |
| 12/02 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,092.22 | 2,843.59 | 1,003.25- | 572,862.63 |

| L/C PAID | L/C DUE | INT PAID | TAX PAID | INS PAID | PMI PAID | ESCROW BAL | PRINCIPAL BAL |
|---|---|---|---|---|---|---|---|
| .00 | .00 | 25,344.22 | 34,028.56 | .00 | .00 | 8,493.29 | 572,862.63 |

BOX 1 - MORTGAGE INTEREST RECEIVED FROM PAYER/BORROWER FOR TAX REPORTING     25,344.22
BOX 2 - POINTS PAID ON PURCHASE OF PRINCIPAL RESIDENCE FOR TAX REPORTING          .00
BOX 3 - REFUND OF OVERPAID INTEREST FOR TAX REPORTING                             .00
BOX 4 - MORTGAGE INSURANCE PREMIUMS FOR TAX REPORTING                            .00
OTHER -

ANNUAL BORROWER STATEMENT                                                          22-12190326157

INVESTORS BANK                                      FORM 1098 - MORTGAGE INTEREST STATEMENT
101 WOOD AVENUE SOUTH                               OMB# 1545-0901
ISELIN, NJ 07078
1-855-422-6548
                                                   PAYER/BORROWER TAX ID        RECIPIENT TAX ID
                                                       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                 22-1368780

CHERYL ACKERMAN                                       ACCOUNT NUMBER            OLD ACCOUNT NO.
368 RIDGEWOOD AVE                                     19-032615-7
GLEN RIDGE, NJ   07028
                                                   NOTE DATE      BRANCH     PSV/INV
                                                    8/11/09        083          /

| ---TRANSACTION--- | | | TRANSACTION | LATE | INTEREST | ESCROW | PRINCIPAL | PRINCIPAL |
| DATE | CODE | AMOUNT | DESCRIPTION | CHARGE | AMOUNT | AMOUNT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | BEG BALANCES | | | 8,398.77 | | 584,662.05 |
| 01/07 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,131.58 | 2,843.59 | 963.89- | 583,698.16 |
| 01/28 | 252 | 8,390.25- | GLEN RIDGE TW | .00 | .00 | 8,390.25- | .00 | 583,698.16 |
| 02/08 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,128.07 | 2,843.59 | 967.40- | 582,730.76 |
| 03/12 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,124.54 | 2,843.59 | 970.93- | 581,759.83 |
| 03/30 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,121.00 | 2,843.59 | 974.47- | 580,785.36 |
| 04/24 | 252 | 8,390.25- | GLEN RIDGE TW | .00 | .00 | 8,390.25- | .00 | 580,785.36 |
| 05/09 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,117.45 | 2,843.59 | 978.02- | 579,807.34 |
| 06/11 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,113.88 | 2,843.59 | 981.59- | 578,825.75 |
| 07/09 | 211 | 5,937.06 | REGULAR PMT | .00 | 2,110.30 | 2,843.59 | 983.17- | 577,842.58 |
| 07/15 | 252 | 8,482.55- | GLEN RIDGE TW | .00 | .00 | 8,482.55- | .00 | 577,842.58 |
| 08/06 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,106.72 | 2,843.59 | 988.75- | 576,853.83 |
| 09/06 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,103.11 | 2,843.59 | 992.36- | 575,861.47 |
| 09/28 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,099.49 | 2,843.59 | 995.98- | 574,865.49 |
| 10/21 | 252 | 8,765.51- | GLEN RIDGE TW | .00 | .00 | 8,765.51- | .00 | 574,865.49 |
| 11/05 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,095.86 | 2,843.59 | 999.61- | 573,865.88 |
| 12/02 | 211 | 5,939.06 | REGULAR PMT | .00 | 2,092.22 | 2,843.59 | 1,003.25- | 572,862.63 |

| L/C PAID | L/C DUE | INT PAID | TAX PAID | INS PAID | PMI PAID | ESCROW BAL | PRINCIPAL BAL |
|---|---|---|---|---|---|---|---|
| .00 | .00 | 25,344.22 | 34,028.56 | .00 | .00 | 8,493.29 | 572,862.63 |

BOX 1 - MORTGAGE INTEREST RECEIVED FROM PAYER/BORROWER FOR TAX REPORTING        25,344.22
BOX 2 - POINTS PAID ON PURCHASE OF PRINCIPAL RESIDENCE FOR TAX REPORTING            .00
BOX 3 - REFUND OF OVERPAID INTEREST FOR TAX REPORTING                               .00
BOX 4 - MORTGAGE INSURANCE PREMIUMS FOR TAX REPORTING                               .00
OTHER -

# The University of the State of New York
## Education Department
### Office of the Professions

## REGISTRATION CERTIFICATE
*Do not accept a copy of this certificate*

License Number:    171040-01            Certificate Number: 3998519

ACKERMAN  CHERYL  DEBBIE
PO BOX 8019
GLEN RIDGE          NJ   07028-0000

is registered to practice in New York State through 09/30/2028 as a(n)
PHYSICIAN

LICENSEE/REGISTRANT

EXECUTIVE SECRETARY

COMMISSIONER OF EDUCATION

DEPUTY COMMISSIONER
FOR THE PROFESSIONS

*This document is valid only if it has not expired, name and address are correct, it has not been tampered with and is an original - not a copy. To verify that this registration certificate is valid or for more information please visit*
**www.op.nysed.gov.**





1 of 7

6 bd   6 ba   4,853 sqft

368 Ridgewood Ave, Glen Ridge, NJ 07028

Sold: $1,025,000   Sold on 06/29/18   Zestim

**Est. refi payment: $5,842/mo**    Refinance your l

Home value   Owner tools   Home details   Neig

## Home value

**Watch your Zestimate**

Do you own this home? Track trends

receive local market insights for **hon**

**Get homeowner insights**

Zestimate

**$1,525,9:**

 Zestimate ran

**$1.37M – $**

 Last 30-day ch

**+ $48,886**

 Zestimate per

**$314**

*My pravas hime today — markd aalyns $1,525,35,000*

*markt vdue 2021*

Network Solutions Inbox

**William P.** <wisele@archerlaw.com>
eryl Ackerman MD

5/21/2014 10:30 AM

attachment   View   Open in browser   Download   Save to Drive

rman: I agree that you are a victim, and I wish I could help you. I withdrew from your representation nately 6 months ago, for reasons I made very clear in writing. My firm no longer represents you.

P. Isele, Esq.

e Center

J 08822-1722
09-580-3780
-0051
arlaw.com
w.com

**r&Greiner** PC
ATTORNEYS AT LAW

rm: Cheryl Ackerman MD [mailto:info@

